1    **WO**

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                         FOR THE DISTRICT OF ARIZONA

7

8    Ms. Armida Beltran,                  )    No. CV-07-0856-PHX-LOA
                                          )
9              Plaintiff,                  )    **NOTICE OF ASSIGNMENT**
                                          )     **AND ORDER**
10   vs.                                   )
                                          )
11   Commissioner of Social Security,      )
                                          )
12             Defendant.                  )
                                          )
     _____ )

13

14            Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective    December

15   1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S.

16   magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

17            As a result of the aforesaid Local Rule and assignment, if all parties consent

18   in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C.

19   636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses

20   the district judge option, the case will be randomly reassigned to a U.S. district judge.  To

21   either consent  to the assigned magistrate judge or to elect to have the case heard before a

22   district judge, the appropriate section of the form, entitled Consent To Exercise Of

23   Jurisdiction By United  States Magistrate Judge[1], must be completed, signed and filed. The

24   party filing the case or removing it to this Court is responsible for serving all parties with the

25   _____

26            [1]The consent/election form may be obtained directly from the Clerk of the Court or
     by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the
27   consent/election form on the District's web site, click on "Local Rules" at the top of the page,
     then click on"Forms" on the left side of the page and then click on and print the appropriate
28   form.

1  consent forms. Each party must file a completed consent form and certificate of service with

2  the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy

3  by mail or hand delivery upon all parties of record in the case.

4  　　　　　Any party is free to withhold consent to magistrate judge jurisdiction without

5  adverse consequences.   28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v.*

6  *Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is

7  the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

8  　　　　　A review of the Court's file indicates that Plaintiff's Complaint was filed on

9  April 26, 2007.  Plaintiff shall have until May 22, 2007 within which to make her selection

10  to either consent to magistrate judge jurisdiction or elect to proceed before a United States

11  district judge.  It is unknown if a copy of the appropriate consent form electronically

12  transmitted to Plaintiff's counsel on April 26, 2007 by the Clerk's office was served with the

13  Complaint per the written instructions from the Clerk.

14  　　　　　Accordingly,

15  　　　　　**IT IS ORDERED** that Plaintiff shall file on or before **May 22, 2007** her

16  written election  to either consent to magistrate judge jurisdiction or elect to proceed before

17  a United States district judge.

18  　　　　　**IT IS FURTHER ORDERED** that Plaintiff shall serve upon the Defendant

19  the appropriate consent form provided at the time of the filing of his Complaint  at the time

20  of service of her Complaint upon the Defendant.

21  　　　　　**IT IS FURTHER ORDERED** that Defendant shall either consent to

22  magistrate judge jurisdiction or elect to proceed before a district judge within twenty (20)

23  days of Defendant's formal appearance herein.

24  　　　　　**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,

25  shall hereinafter comply with the Rules of Practice for the United States District Court for

26  the District of Arizona, as amended on December 1, 2006.  The District's Rules of Practice

27  may be found on the District Court's internet web page at www.azd.uscourts.gov/.

28

1   All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro

2   se does not discharge this party's duties to "abide by the rules of the court in which he

3   litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

4        DATED this 3rd day of May, 2007.

5

6

7                          Lawrence O. Anderson
                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28